UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA JOHNSON, | CASE NO. 3:17-cv-06009-RJB |
| Plaintiff, | ORDER |
| v. | |
| ELECTRONIC TRANSACTION CONSULTANTS, et al., | |
| Defendants. | |

THIS MATTER comes before the Court upon review of the file.

The Court dismissed this case without prejudice on March 26, 2018, with its Order of Dismissal and Judgment entered at 1:19pm and 2:00pm, respectively. Dkts. 27, 28.

At 4:39pm on March 26, 2018, an email by Brendan Johnson was received by 'Bryan Orders' Inbox, an email inbox used and monitored by the Court only for the purpose of improving administration, e.g., for parties to send Word copies of proposed orders. The email

ORDER - 1

attached a .pdf file with this cause number and a document entitled, "RECONSIDERATION OF REVIEW TO RECUSE." The document and a copy of the email are attached to this Order.

Thereafter on March 30, 2018, Plaintiff filed a Motion for Reconsideration of Review to Recuse (Dkt. 29) and accompanying declaration (Dkt. 30), with content that substantively and substantially repeats the content of the March 26, 2018 email.

This matter has already been dismissed without prejudice. THEREFORE, Plaintiff's Motion for Reconsideration of Review to Recuse (Dkt. 29) is HEREBY STRICKEN AS MOOT.

It is FURTHER ORDERED that Plaintiff shall refrain from attempting to file pleadings in this case by emailing the 'Bryan Orders' Inbox.

It is so ordered.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of April, 2018.

ROBERT J. BRYAN
United States District Judge